UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **UNITED STATES** § § § **v.** § § **APPLICATION FOR AN ORDER** § **UNDER 18 USC 2703(d)** § § | **CASE NO. 2:12-mj-00670** |

**EX PARTE**
**UNDER SEAL**

**UNITED STATES' PROPOSED REDACTIONS TO SEALED DOCUMENTS**

The United States has been submitting biannual sealed updates to the Court regarding this case since the June 2015 hearing on Dow Jones' unsealing request. At this time, the United States is now prepared to concur with the unsealing of documents in this case, subject to proposed redactions.

The United States hereby submits proposed redactions to the sealed documents and to its sealed appendices, as follows:

Doc. No. 1: Application and Proposed Order (Jul. 3, 2012) (see Appendix A);

Doc. No. 2: Hearing Minutes (Jul. 3, 2012) (see Appendix B);

Doc. No. 8: Appendix to United States' Response (Aug. 4, 2014) (see Appendix C);

Doc. No. 16: Appendix Update 1 (June 15, 2015) (see Appendix D);

Doc. No. 17: Appendix Update 2 (Dec. 28, 2015) (see Appendix E); and

Doc. No. 18: Appendix Update 3 (June 6, 2016) (see Appendix F).

The United States respectfully requests that this Court unseal these documents, as redacted, and that it release the United States from its biannual reporting requirement.

        Respectfully submitted,

        KENNETH MAGIDSON
        United States Attorney

By:    s/ *Julie K. Hampton*
        JULIE K. HAMPTON
        Assistant United States Attorney
        Federal I.D. No. 431286
        Texas Bar No. 24032269
        800 Shoreline Boulevard, Suite 500
        Corpus Christi, Texas 78401
        (361) 888-3111   Fax (361) 888-3200

        DATE: December 30, 2016